# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> James Velissaris <br> *Defendant* | ) <br> ) <br> ) Case No. 22 Civ. 01346 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Securities and Exchange Commission.

Date: 02/17/2022

*David H. Tutor*
*Attorney's signature*

David H. Tutor, DT 6096
*Printed name and bar number*

U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

tutord@sec.gov
*E-mail address*

(212) 336-0024
*Telephone number*

*FAX number*

Print  Save As...  Reset