AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-01346 (PKC) |
| James Velissaris, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission .

Date:   03/01/2022

/s/ Preethi Krishnamurthy
*Attorney's signature*

Preethi Krishnamurthy
*Printed name and bar number*
Securities and Exchange Commission
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
*Address*

krishnamurthyp@sec.gov
*E-mail address*

(212) 336-0116
*Telephone number*

(212) 336-1319
*FAX number*