UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,                    22-cv-1346 (PKC)

      -against-                        ORDER

JAMES VELISSARIS,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Initial Pretrial Conference in the matter scheduled for April 22, 2022 is adjourned to April 25, 2022 at 3:30 p.m.  Call-In: 1-888-363-4749.  Access Code: 3667981.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 14, 2022