

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 19, 2022

**FILED BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

    Re:    SEC v. James Velissaris, No. 22 Civ. 1346 (PKC)

Dear Judge Castel:

    We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in the above-referenced matter. We write with regard to the scheduling order issued by the Court on April 14, 2022, which adjourned the Initial Pretrial Conference in this matter to April 25, 2022, at 3:30 p.m. (DE 10). As the Court is aware, the Government moved to intervene and stay the above-referenced matter until the resolution of the Criminal Case, and the Court issued a stay order as to the sole defendant in this matter on March 30, 2022 (DE 9).

    In light of the Court's stay order, the Commission respectfully requests that the Initial Pretrial Conference be adjourned to a future date following the dissolution of the stay. The Defendant consents to this request. If the Court wishes to proceed with the Initial Pretrial Conference before that time, the Commission respectfully requests that the Initial Pretrial Conference be adjourned one week to May 2, 2022, due to a preexisting commitment for Commission counsel. The Defendant consents to this request as well.

    Respectfully submitted,

    David H. Tutor
    Senior Counsel
    Division of Enforcement

Handwritten annotation: "Conference for April 25 is VACATED and will be rescheduled after the stay expires. SO ORDERED. USDJ 4-19-22"

cc:    Counsel for Defendant (by email)