UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>JAMES VELISSARIS,<br><br>Defendant. | 22 Civ. 1346 (PKC) |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing David H. Tutor as counsel of record in this action for Plaintiff. Mr. Tutor is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:    New York, New York
             January 10, 2023

                                              Respectfully submitted,

                                               /s/ David H. Tutor
                                              Preethi Krishnamurthy
                                              Andrew Dean
                                              Joshua Brodsky
                                              David H. Tutor
                                              Attorneys for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION
                                              New York Regional Office
                                              100 Pearl Street, Suite 20-100

<u>Of Counsel</u>                              New York, New York 10004
Osman Nawaz                       (212) 336-0024 (Tutor)
                                              Email: TutorD@sec.gov