UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES VELISSARIS,<br><br>　　　　　　Defendant. | Civil Action No. 1:22-cv-01346<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Charlotte Underwood, a member in good standing of the Bar of this Court and counsel with the law firm Barnes & Thornburg LLP, hereby enters her appearance as counsel of record for Defendant **James Velissaris** in the above-captioned litigation.

Dated:　New York, New York
　　　　April 18, 2023

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　By:　/s/ *Charlotte Underwood*
　　　　　　　　　　　　　　　　　Charlotte Underwood
　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　390 Madison Avenue, 12th Floor
　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　(646) 746-2192
　　　　　　　　　　　　　　　　　charlotte.underwood@btlaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant James Velissaris*