UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>JAMES VELISSARIS,<br><br>　　　　　　　Defendant. | Civil Action No. 1:22-cv-01346<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that David Slovick, a member in good standing of the Bar of this Court and a partner with the law firm Barnes & Thornburg LLP, hereby enters his appearance as counsel of record for Defendant **James Velissaris** in the above-captioned litigation.

Dated:　　New York, New York
　　　　　　April 18, 2023

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　By:　　/s/ *David Slovick*
　　　　　　　　　　　　　　　　　　　　David Slovick
　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　390 Madison Avenue, 12th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　david.slovick@btlaw.com
　　　　　　　　　　　　　　　　　　　　(646) 746-2019

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant James Velissaris*