

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

August 29, 2024

**FILED BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. James Velissaris, No. 22 Civ. 1346 (PKC)</u>

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission ("SEC") and Defendant James Velissaris ("Velissaris") respectfully provide the following status update in advance of the conference scheduled for September 5, 2024.

    As background, the Court stayed this matter as to Velissaris, the sole defendant in this case, on March 30, 2022, after the Government moved to intervene and for a stay until the resolution of Velissaris' related criminal case, *United States v. Velissaris*, 22-cr-105 (DLC) (the "Criminal Case"). (D.E. 9.) Subsequently, the parties in this SEC action jointly sought an adjournment of the Initial Pretrial Conference during the pendency of the stay. (D.E. 11.) The Court granted that request. (D.E. 12.) On July 8, 2024, the Court issued a Text Order scheduling a teleconference on September 5, 2024, at 12:00 p.m. This case currently remains stayed.

    Meanwhile, on November 21, 2022, in the Criminal Case, Velissaris pleaded guilty to one count of securities fraud a week before his scheduled trial. *See* Criminal Case, D.E. 1, 72. However, on March 24, 2023, Velissaris filed a motion to withdraw his guilty plea. *Id.* at D.E. 94, 95. On April 7, 2023, Judge Cote denied Velissaris's motion and sentenced him. *Id.* at D.E. 117, 118. Three days later, the court issued an opinion setting forth its reasons for denying Velissaris's motion. *Id.* at D.E. 116. On April 19, 2023, Velissaris filed a notice of appeal. *Id.* at D.E. 120. On August 3, 2023, the Court entered an amended judgment imposing restitution. *Id.* at D.E. 144. On August 16, 2023, Velissaris filed a second notice of appeal as to his conviction and sentence. *Id.* at D.E. 146. Velissaris's criminal appeal remains pending. Oral argument is scheduled for September 19, 2024. *See United States v. Velissaris,* No. 23-6379 (2d Cir.), D.E. 63.

    The parties anticipate that the Second Circuit's decision in Velissaris's criminal appeal will likely provide clarity as to appropriate next steps with respect to scheduling in this SEC action.

Hon. P. Kevin Castel
August 29, 2024
Page 2

Respectfully submitted,

/s/ Zachary Sturges
Zachary Sturges
Senior Counsel

*Counsel for Plaintiff Securities and Exchange Commission*

/s/ Charlotte H. Underwood
David Slovick
Charlotte H. Underwood
**Barnes & Thornburg LLP**
390 Madison Avenue, 12th Floor
New York, New York 10017
Phone: (646) 746-2000
Fax: (646) 746-2001

*Counsel for James Velissaris*