

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

March 4, 2025

**Conference adjourned from March 7, 2025, to May 2, 2025 at 10:30 a.m.
Call-In: 1-855-244-8681;
Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 3/04/2025**

*P. Kevin Castel
United States District Judge*

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. James Velissaris, No. 22 Civ. 1346 (PKC)
[related: 22-cv-8368 (PKC) and 22-cv-9608 (PKC)]

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court adjourn the pre-trial conference currently scheduled for **March 7, 2025,** while the SEC attempts to reach a settlement with defendant James Velissaris ("Velissaris"). Velissaris is currently incarcerated in Federal Correctional Institution Jesup in Jesup, Georgia and is proceeding *pro se*. Velissaris consents to this request.

This is the first request for an adjournment of the pre-trial conference since the Court lifted the stay in this case on November 21, 2024, following the conclusion of Velissaris's criminal proceedings. *See* D.E. 27. On consent, Velissaris had previously requested, and the Court granted, an adjournment of the December 6, 2024 pre-trial conference to allow Velissaris time to locate new counsel, and the SEC communicated Velissaris's request to the Court by letter, dated November 20, 2024, when the SEC requested that the Court lift the stay. *See* D.E. 26.

Following the Court's lift of the stay, Velissaris filed a motion to appoint counsel on January 15, 2025, which the Court denied on January 23, 2025. *See* D.E. 28, 29. On February 18, 2025, a representative from the Bureau of Prisons advised the SEC that Velissaris had retained Hunter Winstead, Esq. from the law firm Gilbert LLP as his counsel. On February 21, 2025, the SEC spoke by phone with Mr. Winstead, who indicated that, while Velissaris had not formally engaged Mr. Winstead or his firm to represent him on this matter, Velissaris had authorized Mr. Winstead to speak to the SEC on his behalf for purposes of that telephone call. The SEC communicated potential terms for settlement, which Mr. Winstead communicated to Velissaris. On February 27, Mr. Winstead communicated to the SEC a counteroffer from Mr. Velissaris. At that time, Mr. Winstead confirmed that Velissaris had not engaged him to represent Velissaris in this matter and that future communications should be made directly to Velissaris through the Bureau of Prisons.

Hon. P. Kevin Castel
March 4, 2025
Page 2

       Accordingly, to allow the parties additional time to continue efforts to resolve this matter, the SEC respectfully requests that the Court adjourn the March 7 conference to a date after April 14, 2025.

                                    Respectfully submitted,

                                    */s/ Ben Kuruvilla*
                                    Ben Kuruvilla

                                    *Counsel for Plaintiff Securities and Exchange Commission*

cc:      Defendant Velissaris (by overnight delivery)

Case 1:22-cv-01346-PKC    Document 32    Filed 03/04/25    Page 2 of 2