Case: 1:22-cv-01346-PKC                                                                                                              1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SEC v. James Velissaris, 1:22-cv-01346-PKC

Honorable P. Kevin Castel

Dear Judge Castel:

The Defendant, James Velissaris, respectfully requests that the Court to adjust the briefing schedule that was submitted by the Plantiff, Securities and Exchange Commission (SEC). The briefing schedule stated that the SEC's motion for Summary Judgment would be submitted on June 20, 2025. As of July 4, 2025 the defendant has not received the SEC's motion for Summary Judgment. The Defendant is currently appearing Pro SE and is incarcerated at Federal Correction Institution Jesup in Jesup, Georgia and only has access to the institutional physical mail system which greatly slows down the process.

The Defendant and Plantiff (Ben Kuruvilla on behalf of the SEC) agreed on July 2, 2025 to an updated briefing schedule as described below:

- Defendant's response due: September 2, 2025

- SEC reply due: September 23, 2025

The Defendant humbly requests the Court to update the briefing schedule to allow adequate time for receipt of the SEC's Motion for Summary Judgment as well as time to research and respond to the motion.

Respectfully Submitted,

James Velissaris

Defendant

FCI Jesup - Federal Prison Camp Jesup

2680 S US Highway 301

Jesup, GA 31599

*[Handwritten annotation: "The revised schedule is adopted. SO ORDERED. [signature] USDJ 7-10-25"]*