

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 31, 2026

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____

Hon. P. Kevin Castel, U.S.D.J.

3-31-26

Re:   <u>SEC v. James Velissaris, No. 22 Civ. 1346 (PKC)</u>
      <u>[related: 22-cv-8368 (PKC) and 22-cv-9608 (PKC)]</u>

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") respectfully requests a two-week extension, until April 15, 2026, to submit its proposed judgment following the Court's March 18, 2026, Opinion and Order granting in part the SEC's motion for summary judgment against Defendant James Velissaris ("Velissaris"). ECF No. 48. Velissaris is *pro se* and is currently incarcerated at the Federal Correctional Institution in Jesup, Georgia ("FCI"). The SEC has attempted to contact Velissaris through an FCI representative but has been unable to reach Velissaris to confer with him regarding this request. This is the SEC's first request for an extension of the deadline to submit its proposed judgment.

The Court's summary judgment decision orders the SEC to submit a proposed judgment within fourteen days (by April 1, 2026) and directs Velissaris to respond within twenty-one days thereafter. ECF No. 48, at 29. In the interest of efficiency, the SEC staff currently is seeking authority from the Commission to propose a final judgment that would resolve both the claims on which the SEC prevailed on summary judgment and those that remain unresolved. ECF No. 48, at pp. 16-19, 21-23 (SEC Claims Six, Eight, Eleven, Thirteen, and Seventeen remain unresolved). For this purpose, the SEC staff needs an additional two weeks to seek Commission authority before submitting its proposed final judgment.

Accordingly, the SEC respectfully requests that the Court extend by two weeks, to April 15, 2026, the current deadline to submit its proposed judgment.

Respectfully submitted,

/s/ *Ben Kuruvilla*
Ben Kuruvilla

*Counsel for Plaintiff Securities and
Exchange Commission*

cc:    Defendant Velissaris (by first-class mail)