

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 13, 2026

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. James Velissaris, No. 22 Civ. 1346 (PKC)
      [related: 22-cv-8368 (PKC) and 22-cv-9608 (PKC)]

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") respectfully requests a 60-day extension, until June 15, 2026, to submit its proposed judgment following the Court's March 18, 2026, Opinion and Order granting in part the SEC's motion for summary judgment against Defendant James Velissaris ("Velissaris"). ECF No. 48. Velissaris is *pro se* and is currently incarcerated at the Federal Correctional Institution in Jesup, Georgia ("FCI"). Velissaris consents to this extension request.

The Court's summary judgment decision ordered the SEC to submit a proposed judgment by April 1, 2026, and directed Velissaris to respond within twenty-one days thereafter. ECF No. 48, at 29. On March 31, the Court granted the SEC's request for a two-week extension, to April 15, to allow the SEC staff time to seek authority from the Commission to propose a final judgment that would resolve both the claims on which the SEC prevailed on summary judgment and those that remain unresolved. (ECF No. 50.) At that time, the SEC staff believed that two additional weeks would be sufficient for this purpose. However, on further consideration and due to the particular facts, circumstances, and background of this case, the process of requesting Commission authority will require additional time.

Accordingly, the SEC respectfully requests that the Court extend by 60 days, to June 15, 2026, the current deadline for the SEC to submit its proposed judgment.

Respectfully submitted,

/s/ Ben Kuruvilla
Ben Kuruvilla

*Counsel for Plaintiff Securities and Exchange Commission*

Application GRANTED
SO ORDERED
[signature]
USDJ
4-14-26

Hon. P. Kevin Castel
April 13, 2026
Page 2


cc:      Defendant Velissaris (by first-class mail)